# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:                                                            CASE NO. 6:24-bk-03392-TPG

**ALEJANDRO VALENCIA,**
**Debtor(s).**

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order Sustaining Objection to claim no 12 of Creditor, Truist Bank (DE 77) has been furnished by United States First Class Mail, postage pre-paid or electronic transmission this 5th day of December 2024 to:

Laurie K. Weatherford, Trustee
P.O. Box 3450
Winter Park, FL 32790

Alejandro Valencia
5311 Brydon Wood Circle
Saint Cloud, FL 34771

Via Certified Mail to:

Truist Bank, Support Services
c/o Chad Snider, Bankruptcy Specialist
P.O. Box 85092, 306-40-06-10
Richmond, VA 23286

Truist Bank
c/o CORPORATION SERVICE COMPANY, Registered Agent
1201 HAYS STREET
TALLAHASSEE, FL 32301

                                                           /s/ Stephen R. Caplan, Esq.
                                                           STEPHEN R. CAPLAN, ESQUIRE
                                                           31 N. Hyer Ave.
                                                           Orlando, FL 32801
                                                           FLB No.: 835153
                                                           Tel No: (407) 872-6249
                                                           Facsimile: (407) 425-1501
                                                           Attorney for Debtors