United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-03392-TPG |
| Alejandro Valencia | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 13, 2024 | Form ID: pdfdoc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alejandro Valencia, 5311 Brydon Wood Circle, Saint Cloud, FL 34771-8051 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2024         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bouters | a.bouters@gmail.com |
| H Michael Solloa, Jr | on behalf of Creditor World Omni Financial Corp mxs@trippscott.com  bankruptcy@trippscott.com;hbb@trippscott.com |
| Laurie K Weatherford | ecfdailysummary@c13orl.com |
| Stephen R Caplan | on behalf of Debtor Alejandro Valencia scaplan860@aol.com  vonya@caplan-associatespa.com;tiffany@caplan-associatespa.com |
| Taji S. Foreman | on behalf of Creditor Lakeview Loan Servicing  LLC tforeman@kahaneandassociates.com, bkecf@kahaneandassociates.com;mgranger@kahaneandassociates.com;5456272420@filings.docketbird.com |
| United States Trustee - ORL7/13, 7 | |

District/off: 113A-6 User: admin Page 2 of 2
Date Rcvd: Dec 13, 2024 Form ID: pdfdoc Total Noticed: 1

USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 6

[jiffyord] [Bench Order +]

**ORDERED.**

Dated: December 11, 2024

Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:24−bk−03392−TPG
Chapter 13

Alejandro Valencia

_____Debtor\*_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT AND TO DETERMINE DISCHARGEABILITY PURSUANT TO FED. R. BANKR. P. 4007**

THIS CASE came on for hearing on December 10, 2024 , for consideration of the **Motion for Extension of Time to File Complaint and to Determine Dischargeability Pursuant to Fed. R. Bankr. P. 4007** (Doc. **65** ), filed by **Creditor Adam Bouters** .

For the reasons stated orally and recorded in open court, the Motion for Extension of Time to File Complaint and to Determine Dischargeability Pursuant to Fed. R. Bankr. P. 4007 is Granted .

The time to file a complaint to determine dischargeablility is extended to January 31, 2025. No additional extensions of time will be granted.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.