United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-03392-TPG |
| Alejandro Valencia | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 16, 2024 | Form ID: pdfdoc | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alejandro Valencia, 5311 Brydon Wood Circle, Saint Cloud, FL 34771-8051 |
| cr | + | Johanna M Casas, 5311 Brydon Woods Cir, Saint Cloud, FL 34771-8051 |
| cr | + | Lakeview Loan Servicing, LLC, c/o Taji S. Foreman, Esq., 1619 NW 136th Avenue, Suite D-220, Sunrise, FL 33323 UNITED STATES 33323-2856 |
| unk | + | Marian Elaine Angel, 3329 Netherwood Drive, Winter Park, FL 32792-6661 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@trippscott.com | Dec 16 2024 21:44:00 | World Omni Financial Corp, Tripp Scott PA, c/o H. Michael Solloa, Jr., Esq., 110 SE 6th ST, 15th Floor, Fort Lauderdale, FL 33301-5004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 18, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bouters | a.bouters@gmail.com |
| H Michael Solloa, Jr | |

District/off: 113A-6 | User: admin | Page 2 of 2
Date Rcvd: Dec 16, 2024 | Form ID: pdfdoc | Total Noticed: 5

on behalf of Creditor World Omni Financial Corp mxs@trippscott.com  bankruptcy@trippscott.com;hbb@trippscott.com

Laurie K Weatherford
ecfdailysummary@c13orl.com

Stephen R Caplan
on behalf of Debtor Alejandro Valencia scaplan860@aol.com  vonya@caplan-associatespa.com;tiffany@caplan-associatespa.com

Taji S. Foreman
on behalf of Creditor Lakeview Loan Servicing  LLC tforeman@kahaneandassociates.com, bkecf@kahaneandassociates.com;mgranger@kahaneandassociates.com;5456272420@filings.docketbird.com

United States Trustee - ORL7/13, 7
USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 6

**ORDERED.**

Dated:  December 16, 2024

Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Alejandro Valencia,                                                 Case No. 6:24-bk-03392-TPG

      Debtor.                                                        Chapter 13
_____/

**ORDER DIRECTING FILING OF PROOF OF COMPLIANCE WITH ORDER
GRANTING IN PART MOTION TO COMPEL AND SCHEDULING HEARING**

THIS CASE came before the Court on December 10, 2024, on pro se Creditor Adam Bouters's motion to compel the Debtor Alejandro Valencia, Johanna M. Casas, and Maria E. Angel to produce certain documents, for Casas and Angel to attend Rule 2004 examinations, to find them in contempt, and for an award of costs (the "Motion") (Doc. No. 70), the Debtor's response (Doc. No. 74), and Bouters's reply (Doc. No. 76). (Doc. No. 80.)

On August 14, 2024, Bouters served Notices of Subpoenas for Rule 2004 Examinations on Angel and Casas, requesting that they appear for Rule 2004 examinations and produce certain documents. (Doc. Nos. 24, 25.) When Angel and Casas failed to comply with the subpoenas, Bouters filed motions to compel them to do so. (Doc. Nos. 46, 47.) After a hearing, at which Bouters and Casas, but neither Angel nor the Debtor, appeared (Doc. No. 60), the Court entered

an "Order Granting in Part Motions to Compel and Sustaining in Part Objections to Subpoenas for Rule 2004 Examinations" (the "Order") providing that:

> **On or before November 13, 2024**, Casas and Angel must produce the following documents to Bouters:
>
> a. All account statements from March 2023 through the present in which the Debtor, Casas, or Angel has any interest;
> b. The Debtor's, Casas's, and Angel's 2022 and 2023 tax returns; and
> c. The title to the truck Casas described as her truck at the October 23, 2004 hearing.
>
> **On or before November 22, 2024**, Casas and Angel must appear for their Rule 2004 examinations at a place and time agreeable to them and Bouters . . . .

(Doc. No. 61 at 2 (emphasis in original).) In the Motion, Bouters asserts that the Debtor, Casas and Angel have not complied with the Order. (Doc. No. 70.)

Bouters, the Debtor, and the Debtor's counsel appeared at the hearing on the Motion, but Casas and Angel did not enter appearances. (Doc. 80 at 1.) Bouters disagrees with the Debtor's representations that the Debtor produced copies of all bank statements and accounts in which he has an interest during the period covered by the Order. To resolve this factual dispute, the parties must provide evidence to the Court.

Accordingly, it is

**ORDERED** as follows:

1. **On or before December 20, 2025**, the Debtor, Casas, and Angel must file affidavits or declarations under oath detailing and attesting to the following:

    (a) The specific documents produced to Bouters, including the dates that the documents encompass, and when and how they were produced to him, as directed in the Order;

    (b) Whether any documents encompassed by the Order have not been produced to Bouters and why they have not been produced; and

    (c) Casas's and Angel's communications with Bouters to schedule their 2004 examinations.

2. On **January 16, 2025, at 1:00 p.m.**, at Courtroom 6A, Sixth Floor, of the United States Bankruptcy Court, 400 West Washington Street, Orlando, Florida 32801, the Court will hold a hearing at which Bouters may be permitted to examine the Debtor, Casas, and Angel regarding their compliance with the Order.

3. **The Debtor, Casas, and Angel are cautioned that failure to comply with any order of this Court may result in sanctions being awarded against them, including a finding of contempt.**

###

The Clerk is directed to serve a copy of this order on all interested parties, including mailing copies to Maria E. Angel at 3702 Needles Dr., Orlando, FL 32810, and Johanna M. Casas, at 5311 Brydon Woods Cir., Saint Cloud, FL 34771.