United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-03392-TPG |
| Alejandro Valencia | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 03, 2025 | Form ID: Dntchrg | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alejandro Valencia, 5311 Brydon Wood Circle, Saint Cloud, FL 34771-8051 |
| cr | + | Johanna M Casas, 5311 Brydon Woods Cir, Saint Cloud, FL 34771-8051 |
| cr | + | Lakeview Loan Servicing, LLC, c/o Taji S. Foreman, Esq., 1619 NW 136th Avenue, Suite D-220, Sunrise, FL 33323 UNITED STATES 33323-2856 |
| unk | + | Marian Elaine Angel, 3329 Netherwood Drive, Winter Park, FL 32792-6661 |
| 31114919 | + | Adam Bouters, 809 Tuscanny St, 809 Tuscanny St, Brandon, FL 33511-6150 |
| 31263312 | + | Johanna Marcela Casas, 5311 Brydon Wood Circle, Saint Cloud, FL 34771-8051 |
| 31032229 | + | Lakeview Loan Servicing, LLC, c/o Kahane & Associates, P.A., 1619 NW 136th Avenue, Suite D-220, Sunrise, FL 33323-2856 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@trippscott.com | Jan 03 2025 21:49:00 | World Omni Financial Corp, Tripp Scott PA, c/o H. Michael Solloa, Jr., Esq., 110 SE 6th ST, 15th Floor, Fort Lauderdale, FL 33301-5004 |
| 31021000 | + | Email/PDF: bncnotices@becket-lee.com | Jan 03 2025 21:56:34 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 31021001 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2025 21:56:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 31039518 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 03 2025 21:44:28 | Capital One Bank, by American Infosource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 31035005 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2025 22:08:03 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 31021002 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2025 21:56:34 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 31021003 | + | Email/Text: bankruptcy@connexuscu.org | Jan 03 2025 21:50:00 | Connexus Credit Union, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 31021004 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 03 2025 21:45:08 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 31020997 | | Email/Text: OGCBankruptcy@floridarevenue.com | Jan 03 2025 21:48:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 31021005 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 03 2025 21:49:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 31020998 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 03 2025 21:49:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 31138104 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2025 21:44:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 31136679 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 03 2025 21:49:00 | Lakeview Loan Servicing, LLC, c/o Nationstar |

Case 6:24-bk-03392-TPG    Doc 97    Filed 01/05/25    Page 2 of 5

| District/off: 113A-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 03, 2025 | Form ID: Dntchrg | Total Noticed: 29 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Mortgage LLC, Attn: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 31021006 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 03 2025 21:49:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 31020996 | | Email/Text: taxbankruptcy@osceola.org | Jan 03 2025 21:50:00 | Osceola County Tax Collector, Post Office Box 422105, Kissimmee FL 34742-2105 |
| 31107497 | | Email/Text: bnc-quantum@quantum3group.com | Jan 03 2025 21:49:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 31145459 | | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 03 2025 21:43:51 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 31021007 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2025 21:44:18 | Synchrony Bank/Climate Select, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 31147844 | + | Email/Text: bankruptcy@bbandt.com | Jan 03 2025 21:49:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 31080140 | + | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Jan 03 2025 21:44:27 | U.S. Department of Housing and Urban Development, 601 West Broadway Room 110, Louisville, KY 40202-2259 |
| 31066843 | + | Email/Text: bankruptcy@trippscott.com | Jan 03 2025 21:49:00 | World Omni Financial Corp., c/o H. Michael Solloa Jr., Esq, 110 SE 6th Str, 15th Flr, Fort Lauderdale, FL 33301-5004 |
| 31021008 | + | Email/Text: bankruptcy@wofco.com | Jan 03 2025 21:48:00 | World Omni Financial Corp., Attn: Bankruptcy, 6150 Omni Park Drive, Mobile, AL 36609-5195 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bouters | a.bouters@gmail.com |
| H Michael Solloa, Jr | on behalf of Creditor World Omni Financial Corp mxs@trippscott.com bankruptcy@trippscott.com;hbb@trippscott.com |
| Laurie K Weatherford | ecfdailysummary@c13orl.com |

District/off: 113A-6                         User: admin                                   Page 3 of 3
Date Rcvd: Jan 03, 2025                      Form ID: Dntchrg                              Total Noticed: 29

Stephen R Caplan
                  on behalf of Debtor Alejandro Valencia scaplan860@aol.com  vonya@caplan-associatespa.com;tiffany@caplan-associatespa.com

Taji S. Foreman
                  on behalf of Creditor Lakeview Loan Servicing  LLC tforeman@kahaneandassociates.com,
                  bkecf@kahaneandassociates.com;mgranger@kahaneandassociates.com;5456272420@filings.docketbird.com

United States Trustee - ORL7/13, 7
                  USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 6

**[Dntchrg]** [District Notice of Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                 Case Number:
                                                                       6:24−bk−03392−TPG
                                                                       Chapter 13

Alejandro Valencia

_____Debtor*_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE:**

1. The Honorable Tiffany P. Geyer will conduct a non−evidentiary hearing on **January 16, 2025 at 01:00 PM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801** to consider the following:

**Affidavit of Debtor Filed by unknown Marian Elaine Angel Doc. No. 89**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/Geyer/ or call 407−237−8111.

3. A party that opposes the relief sought in the matter to be heard must appear at the hearing; otherwise, any objection or defense may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

**Avoid delays at Courthouse security checkpoints**. You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

Dated  January 3, 2025

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.
The Clerk's office is directed to serve a copy of this Notice on interested parties.